IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VICTORIA KEEL HARRIS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-150
)
TRANS UNION, LLC, and NAVIENT )
SOLUTIONS, LLC, )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff Victoria Keel Harris and Defendant Trans Union, LLC's Stipulation of Dismissal with Prejudice of Trans Union, LLC. (Doc. 18.) On November 26, 2019, this Court ordered the Clerk of Court to dismiss Defendant Trans Union, LLC and Defendant Navient Solutions, LLC and close this case. (Doc. 19.) Because the stipulation of dismissal was only between Plaintiff and Defendant Trans Union, LLC (Doc. 18), the Court **VACATES** its prior order (Doc. 19). Accordingly, Plaintiff's claims against Defendant Trans Union, LLC are **DISMISSED WITH PREJUDICE** and the Clerk is **ORDERED** to reopen this case against Defendant Navient Solutions, LLC.

SO ORDERED this 3rd day of December 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA