IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VICTORIA KEEL HARRIS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-150
)
NAVIENT SOLUTIONS, LLC, )
)
    Defendant. )
)

**O R D E R**

    Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice. (Doc. 23.) This motion seeks dismissal of Defendant Navient Solutions, LLC. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As requested by Plaintiff, Defendant Navient Solutions, LLC is **DISMISSED WITH PREJUDICE.** Because this Court previously dismissed all other Defendants in this matter (Doc. 20), the Clerk of Court is **DIRECTED** to close this case. Each party shall bear its own costs and attorneys' fees.

    SO ORDERED this 24th day of January 2020.

                               WILLIAM T. MOORE, JR.
                               UNITED STATES DISTRICT COURT
                               SOUTHERN DISTRICT OF GEORGIA